**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YONNETTE DAVIS, individually and on
behalf of all others similarly situated,

                     Plaintiff,

  -against-                                  23 **CIVIL** 8866 (VEC)

                                                 **<u>JUDGMENT</u>**

SCHWAN'S CONSUMER BRANDS, INC.,

                     Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 30, 2024, Defendant's motion to dismiss is GRANTED. Plaintiff's claims under the NYGBL and for common law fraud are DISMISSED with prejudice. Plaintiff's claims under the Agriculture and Markets Law and for unjust enrichment are DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          July 31, 2024

                                                         **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                               **BY:**
                                                       **Deputy Clerk**